AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

FILED IN OPEN COURT

7.22.2021

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

|  |  |
|---|---|
| United States of America<br>v.<br><br>DENNIS DEWAYNE JACKSON,<br>a/k/a "Jason Franklyn,"<br>a/k/a "franklyn666987"<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:21-mj-*1372-MCR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 3, 2021, _____ in the county of _____ Columbia, _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing receipt of visual depictions of minors engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel R. Moxley, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _7/22/21_____

_____
*Judge's signature*

City and state: _____ Jacksonville, Florida _____

MONTE C. RICHARDSON
*Printed name and title*

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017.   I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving, among other criminal offenses, the sexual exploitation of children.   Prior to becoming a Special Agent, I served as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years.   I hold Bachelor's Degrees in Economics and Political Science.   I have also received law enforcement training from the FBI Academy at Quantico, Virginia.   A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative.   Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, and have assisted in the prosecution of cases involving these offenses.   In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation, production, receipt, distribution, possession of, and access with intent to view images and videos depicting the sexual exploitation of children.   I have also been involved in searches of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography during the execution of search warrants.

2.     Specifically, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b).   As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel.   This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause that DENNIS DEWAYNE JACKSON has committed a violation of 18 U.S.C. § 2252(a)(2), that is, knowing receipt of child pornography using the Internet.

4.     I make this affidavit in support of a criminal complaint against DENNIS DEWAYNE JACKSON a/k/a "franklyn666987" that is, on or about July 3, 2021, in the Middle District of Florida and elsewhere, DENNIS DEWAYNE JACKSON a/k/a "franklyn666987" did knowingly receive visual depictions using a means and facility of interstate commerce, that is, by computer via the internet, when the production of the visual depictions involved the use of minors engaging in

2

sexually explicit conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

5.      On July 1, 2021, I reviewed an investigative lead from the FBI Miami Division that had been sent to the FBI Jacksonville Division for further investigation. This investigative lead consisted of documents and other materials, and during my review of these materials, I learned, among other things, the following:

a.      On or about June 24, 2021, Federal Bureau of Investigation Special Agent George Nau, began a proactive undercover investigation using a particular social media application (the "app") in an effort to identify individuals attempting to sexually exploit children using the internet.   Based on my training and experience, I know that this particular app is often used by individual users to meet online, engage in conversation through private messages, and share photographs and other content.   I also know that the use of this app necessarily involves the use of the internet, which I know to be a facility of interstate commerce.   Based on my training and experience, I also know that this particular social media application is often used by individuals who have a sexual interest in minor children as a platform to identify other like-minded individuals to trade, distribute, and receive child pornography.

b.      While acting in an undercover capacity, Special Agent Nau (the "UC") joined a public chat room on the app, the title of which I believe would attract users engaged in the trading of child pornography and sexual exploitation of children.

3

c. On June 24, 2021, the UC initiated a private chat session with app user "kab1281." During the private chat session that occurred from June 24, 2021 to July 2, 2021, "kab1281" requested sexually explicit photos of the UC's purported 12-year-old daughter and sent the UC twenty dollars via a mobile payment application for the sexually explicit photos. During the private chat session, "kab1281" sent four photos of a clothed female, at least one of which focused on the female's midsection, that he told the UC were of a 12-year-old female to whom he had access.

d. From on or about June 27, 2021 to June 30, 2021, the UC engaged in a private chat session with app user "aminal1979." User "aminal1979" was also a member of the same particular chat room group, which I believe would attract users engaged in the trading of child pornography and sexual exploitation of children, as "kab1281." During the private chat session, "aminal1979" told the UC he was a 42-year-old male who resided in Florida who was "active" with his 10 year old niece approximately four years ago. Also during the private chat session, "aminal1979" requested the UC send images of the UC's purported 12-year-old daughter. During the private chat session, "aminal1979" sent the UC several images and videos of age difficult pornography and child erotica.

e. On June 30, 2021, the FBI served an administrative subpoena on the company that owns the app seeking subscriber information for the app user "kab1281." The responsive documents listed the first name as "Keith" and last

4

name as "B," the e-mail address as keith1281@gmail.com, and frequent IP logins to

IP address 99.59.219.162.   The account registration date for the account was listed

as April 12, 2021.

    f.  On June 30, 2021, an administrative subpoena was served by the

FBI on AT&T requesting identifying information for the subscriber of the account

that was assigned to IP address 99.59.219.162.   On the same day, AT&T provided

responsive documents to this subpoena that listed the subscriber of the account that

used IP address 99.59.219.162 as "Heather Meissen" with a service address of 6853

Cherbourg Ave South, Jacksonville, Florida 32205.   The telephone number listed

for this account was 904-239-1334.   The e-mail address listed for this account was

"bowl2135@gmail.com."

    g.  The Florida Department of Motor Vehicles listed "Keith Allen

Baldwin" as a resident of 6853 Cherbourg Ave South, Jacksonville, Florida 32205.

   6.  On July 2, 2021, the FBI Miami Division obtained a federal arrest

warrant for Keith Allen Baldwin for the attempted production of child pornography.

   7.  On July 2, 2021, I observed Baldwin depart his place of employment in

a Silver Nissan Rogue bearing Florida license plate 525QQG.   I and other FBI

Agents surveilled Baldwin travel North from his place of employment in the Silver

Nissan Rogue.   I observed Baldwin pull into a shopping center located off Dunn

Avenue in Jacksonville, Florida, and stop his vehicle at a Vystar Credit Union ATM

located at 1403 Dunn Avenue, Jacksonville, Florda, where I and other FBI Agents

took Baldwin into custody without incident.   Baldwin was holding a black Nokia 8 V cellular phone in his right hand when he was arrested by FBI Agents.

8.      Baldwin was transported in custody to the FBI Jacksonville Field Office, located at 6061 Gate Parkway, Jacksonville, Florida 32256.   Shortly thereafter, FBI SA Leigh Jackson and I met with Baldwin for an interview.   This interview was recorded on audio and video.   After being advised of his constitutional rights, Baldwin acknowledged his rights, verbally waived those rights, and agreed to speak with us.   During this interview, Baldwin stated, in summary and among other things, that he had engaged in sexual conversations with the UC's persona on the app and requested sexually explicit photos of the UC's daughter in exchange for twenty dollars, that he had sent approximately 10-15 images or videos of child pornography, and received approximately 100-200 images or videos of child pornography.   Baldwin claimed in substance that he obtained the majority of his child pornography collection from "Terry Borden," a/k/a "aminal1979," and he has been communicating with him for approximately one month.

9.      During the interview, Baldwin gave the FBI verbal and written consent to search his Nokia 8 V cellular phone.   During my review of Baldwin's cellular phone, I observed a private message conversation between Baldwin and "aminal1979" on the app.   I reviewed the contents of the private message conversation between Baldwin and "aminal1979" and observed at least 10 videos of child pornography sent by "aminal1979" on July 2, 2021, some of which contained

6

prepubescent minors engaged in sexually explicit conduct.   Descriptions of some of the child pornography sent to Baldwin that I observed were as follows:

DESCRIPTION: A color video with sound, approximately 59 seconds in length, depicting a prepubescent female child, based on the child's complete absence of pubic hair and child-sized body and limbs, wearing only a t-shirt, on her hands and knees facing away from the camera.   The child is being vaginally penetrated by the penis of an adult male.   At approximately 40 seconds into the video, the adult male removes his penis, and the child places her hand below her genitalia.   At approximately 59 seconds into the video, a white substance falls from the child's genitalia into the child's hand.   Based on my training and experience, I have probable cause to believe that this video depicts a prepubescent minor engaged in sexually explicit conduct, that is, genital-genital intercourse, with an adult male.

DESCRIPTION: A color video with sound, approximately one minute and four seconds in length, depicting a nude prepubescent male child, based on the child's size and complete absence of pubic hair, lying on his back with his legs spread. At approximately nine seconds into the video, a nude adult female performs oral sex on the male child's penis and, for approximately 40 seconds, the nude adult female continually touches and performs oral sex on the child's erect penis.   At approximately 52 seconds into the video, a nude prepubescent female child, based on the child's size and complete absence of pubic hair, appears in the video and stands with her legs bent and spread.   At approximately 57 seconds into the video,

7

the female child sits down and spreads her legs and the nude adult female places her mouth on the female child's genitalia.   Based on my training and experience, I have probable cause to believe that this video depicts prepubescent minors engaged in sexually explicit conduct, that is, oral-genital intercourse, with an adult female.

10.    During my review of the private message conversation between Baldwin and "aminal1979," I observed "aminal1979" send a picture of two minor females, based on their child-like appearance, to Baldwin followed by a message that read, "Look who will be here on Sunday."   Baldwin and "aminal1979" then exchanged several messages regarding "aminal1979" obtaining sexually explicit images of the minor females and sending them to Baldwin.

11.    I asked Baldwin to clarify the contents of the private message conversation and specifically the photo of the two minors, to which he advised me that "aminal1979" was referring to the 12-year-old female to whom he had access and her friend who will be coming to visit him on July 4, 2021.   Baldwin told me he believed "aminal1979" resided in Lake City, Florida, but did not know his actual name.

12.    On July 2, 2021, the FBI sent an emergency disclosure request to the company that owns the app seeking subscriber information for the app user "Terry Borden" a/k/a "aminal1979."

13.    On the evening of July 2, 2021, FBI Supervisory Special Agent CJ Goodman contacted Columbia County Sheriff's Office Sergeant James Watson and

8

advised him that the FBI had become aware of an individual possibly located in Lake City, Florida, that may be sexually exploiting children.

14.     On July 3, 2021, I was acting in the capacity of an undercover persona on the social media application.   In this investigation, I planned to, and did in fact assume the persona of a 14-year-old female.   While acting in an undercover capacity, I observed app user "aminal1979" in a different public chat room, the title of which I believe would attract users engaged in the trading of child pornography and sexual exploitation of children, and joined the chat room.   I then posted in the public chat room, "Hi…14f florida."   User "aminal1979" then posted "Hi" in the public chat room and I initiated a private message conversation with him, by sending a message that read "Hi," shortly thereafter.

15.     During the private message conversation I had with "aminal1979," he told me, in my capacity as the persona of a 14-year-old female, that he was a 42-year -old male named "TJ" who resided in Lake City, Florida.   During the conversation, "aminal1979" sent a photo to me of a fully nude adult male in front of a mirror, two photos of an adult male wearing what appeared to be female's underwear, and a photo of pink underwear with a translucent white liquid substance on them.   During the private message conversation, "aminal1979" sent messages that read "Ok small but and shaved or no shaved," "Small butt. Do u shave or no she down there," and "I need to know I don't want a suorise when I see it."   During the private message conversation, "aminal1979" sent messages that read "Shut up ….lol she said she was

9

18 but it ended up being 13 and I had the cops called on me for being at a 13 yr olds house with no parents there" and "Not quite I had played with my cousin whi was 10yrs younger than me. I was 18 and she was eight."   During the private message conversation, "aminal1979" sent four images of an adult male's face, all of which appeared to be the same individual and taken with the "live camera" feature of the app.   Based on my training and experience, I know that individuals who send images with the "live camera" feature of the app often do so as a verification technique to prove to another user that the photo was taken in real-time.

16.    On July 3, 2021, the company that owns the app responded to the emergency disclosure request that was sent on July 2, 2021.   The responsive documents listed the first name as "terry" and last name as "borden," the e-mail address as aminal1997@yahoo.com, and frequent IP logins to IP address 98.231.27.204.   The account registration date for the account was listed as May 15, 2018.

17.    On July 3, 2021, the FBI sent an emergency disclosure request to Comcast requesting identifying information for the subscriber of the account that was assigned to IP address 98.231.27.204.   On the same day, Comcast advised that the subscriber of the account that used IP address 98.231.27.204 was "Austin Moore" with a service address of 693 SW Deputy J Davis Lane, Lake City, Florida 32024-3743.   The e-mail address listed for this account was dotdot2001@comcast.net.

18.     On July 3, 2021, a query of the Florida Driver and Vehicle Database for address 693 SW Deputy J Davis Lane, Lake City, Florida 32024 revealed John Thomas Jackson Jr. with a date of birth XX/XX/1979, and DENNIS DEWAYNE JACKSON, among others, as residents of 693 SW Deputy J Davis Lane, Lake City, Florida 32024.   The driver's license photo of John Thomas Jackson Jr. was consistent with the photos sent by the app user "aminal1979."

19.     On July 3, 2021, I traveled to the Columbia County Sheriff's Office and met with Sergeant Watson.   Sergeant Watson advised me that he obtained a state search warrant for the residence located at 693 SW Deputy J Davis Lane, Lake City, Florida 32024.   I reviewed a copy of the search warrant.

20.     On July 4, 2021, the Columbia County Sheriff's Office executed a search warrant at 693 SW Deputy J Davis Lane, Lake City, Florida 32024. Columbia County Sheriffs Office Corporal Darrell Clay and I were present during the execution of the search warrant and heard and observed Sergeant Watson advise John Thomas Jackson Jr. of his *Miranda* rights and observed him acknowledge that he understood those rights.   Sergeant Watson then read John Thomas Jackson Jr. the contents of the search warrant, during which, Jackson Jr. stated something to the effect of "Nobody else knows about this."

21.     John Thomas Jackson Jr. was transported to the Columbia County Sheriff's Office.   Shortly thereafter, Columbia County Sheriff's Office Detective Yayza Perez and I met with John Thomas Jackson Jr. for an interview.   This

11

interview was recorded on audio and video.   After being advised of his *Miranda*

rights again, John Thomas Jackson Jr. acknowledged his rights, verbally waived

those rights, and agreed to speak with us.   During this interview, John Thomas

Jackson Jr. stated, in summary and among other things, his username on the app is

"Terry Borden" and he uses the app to "talk to underage kids, girls," and specifically

stated he has "talked to three, maybe four of them" in the past week.   John Thomas

Jackson Jr. claimed in substance that he watches and trades child pornography of

young girls from ages two or three to adults, which includes anal sex involving

children "from about seven to, like I said, teens to late teens."   John Thomas

Jackson Jr. claimed in substance that he has "sexual urges" and he watches

pornography, including child pornography, to satisfy those urges, and masturbates to

images of children in sexually explicit situations.   When asked how many people he

has traded child pornography with online, John Thomas Jackson Jr. responded

"theres probably hundreds, just on [the app]. You know, they come and they go."

John Thomas Jackson Jr. claimed in substance that he should be arrested for "doing

the trading" and acknowledged that child pornography is harmful to children and

stated, "I should go to jail."

    22.    During the interview, John Thomas Jackson Jr. told me that his

collection of child pornography is approximately 100-200 images in size and that he

keeps it in a secure folder labeled "TJ."   John Thomas Jackson Jr. provided the

password for the secure folder located on his Samsung Galaxy S9 cellular phone and

gave verbal consent to review the contents of the secure folder.   I reviewed some of

the contents of the secure folder during the interview and, during my initial preview,

observed at least 10 images and 25 videos of child pornography, some of which

consisted of prepubescent children engaged in sexually explicit conduct, several

images of child erotica, and several images and videos of age-difficult pornography.

23.     I also observed in the secure folder on John Thomas Jackson Jr.'s

Samsung Galaxy S9 cellular phone that a modified version of the app was installed.

Based on my training and experience, I know the modified version of the app

functions similarly to the original version and enables a user to communicate with

other users of both versions of the app.   I reviewed the profile information and

observed that the user "Terry Borden" a/k/a "aminal1979" was logged in and active

on John Thomas Jackson Jr.'s Samsung Galaxy S9 cellular phone.   I also observed

that John Thomas Jackson Jr. was engaged in private message conversations with at

least five users where the exchange of child pornography occurred, including user

"Jason Franklyn" a/k/a "franklyn666987."

24.     I also observed in the secure folder on John Thomas Jackson Jr.'s

Samsung Galaxy S9 cellular phone three photos of a minor female wearing a tank

top partially bent over standing at a table.   One of the photos focuses on the minor

female's fully-clothed midsection and another photo focuses on the minor female's

breasts as she is bending over.   The minor female in the photo appeared similar to

the minor female in the photo "aminal1979" sent to "kab1281" in the private

message feature of the app.   I asked John Thomas Jackson Jr. who the minor female

in the photo was and he stated it was his minor daughter's friend, who is also a

minor female, and he took the photos earlier that day.   I also observed that John

Thomas Jackson Jr. sent the three photos of the minor female to "franklyn666987" at

approximately 7:39 PM on July 3, 2021.

25.   I observed in the secure folder on John Thomas Jackson Jr.'s Samsung

Galaxy S9 cellular phone a folder titled "[Child's name]6," which contained 26

images and 1 video, none of which were sexually explicit; however, several of the

photos were of a female's midsection and legs, and three photos of female

underwear.   I asked John Thomas Jackson Jr. what the contents of the folder were

and he told me they were pictures sent to him by Baldwin of a minor child to whom

Baldwin had access.

26.   During the private conversation with "Keith B" a/k/a "kab1281,"

which resolves to Baldwin, I observed that John Thomas Jackson Jr. sent at least 10

videos of child pornography, several of which involved prepubescent children, to

Baldwin on July 2, 2021.   I reviewed the videos and determined they appeared to be

the same child pornography videos I observed on Baldwin's cellular phone, including

the child pornography videos described in paragraph 9 above.   I also determined the

private message conversation I observed on Baldwin's cellular phone was consistent

with the private message conversation on John Thomas Jackson Jr.'s cellular phone.

The private message conversation that occurred between John Thomas Jackson Jr.

and Baldwin following the photo sent by John Thomas Jackson Jr. of the 12-year-old female to whom John Thomas Jackson Jr. had access and her minor friend read as follows:

aminal1979:   Look who will be here on sunday

kab1281:      Awwwww. So sexy!!!!!!

kab1281:      They driving down now?

aminal1979:   Yes

kab1281:      Nice!!!!!

kab1281:      Am I gonna get to see one of them nude?

aminal1979:   Ready for lots of pics

aminal1979:   Well ima try to

aminal1979:   Ain't seen her since last summer

kab1281:      Yes so ready for sooo many pics of those sweet sexy girls

aminal1979:   Lol

kab1281:      I wanna see pics all day of those sexies

kab1281:      Or all week

aminal1979:   U know the rule no touching before me lol

kab1281:      Yes I know. Are u gonna try and touch them?

aminal1979:   At leat the friend lol

kab1281:      Okay. What about it [relationship of 12-year-old female to whom

John Thomas Jackson Jr. had access mentioned]?

15

kab1281:       Ur

aminal1979:  We will see last I knew she was a light sleeper

kab1281:       Oh okay

aminal1979:   So I know her friend is not a light sleeper if I get some of her pussy

aminal1979:  Hey is [child's name] a light sleeper

kab1281:       Yeah

aminal1979:  Damn

kab1281:       Are u gonna try and rape them or get them to agree to it

aminal1979:  It is so few times I get to them I dont know

aminal1979:  I might get a bath though

aminal1979:  or shower

kab1281:       Ok

kab1281:       Omfg I can't wait to see them naked I hope

aminal1979:  Me too

kab1281:       U really gonna try?

aminal1979:  Yes

kab1281:       Okay. Are u scared?

aminal1979:  A little

kab1281:       Tell me how u are gonna attempt it

aminal1979:  Well I have to get up very early in the am and go in there and take
pics and touch her and try to get a cooter shot

27.     I then transported John Thomas Jackson Jr.'s cellular phone from the Columbia County Sheriff's Office to the FBI Jacksonville Field Office, located at 6061 Gate Parkway, Jacksonville, Florida 32256.

28.     On July 8, 2021, the FBI served an administrative subpoena on the company that owns the app seeking subscriber information for the five users John Thomas Jackson Jr. traded child pornography with on the app, including user "Jason Franklyn" a/k/a "franklyn666987."   The responsive documents related to "Jason Franklyn" a/k/a "franklyn666987" listed the first name as "Jason" and last name as "Franklyn" the e-mail address as ltlbit_44870@yahoo.com, and frequent IP logins to IP address 98.231.27.204. The registration device type was listed as a Samsung SM-G965U.

29.     On the same date, I reviewed the results from the emergency disclosure request sent to the company that owns the app and observed that IP address 98.231.27.204 was also frequently used to log into the app by John Thomas Jackson Jr.

30.     I also reviewed the results from the emergency disclosure request sent to Comcast on July 3, 2021 for subscriber information related to IP address 98.231.27.204 and observed that IP address 98.231.27.204 has a service address of 693 SW Deputy J Davis Lane, Lake City, Florida 32024-3743.

31.     On July 20, 2021, I reviewed the private message conversation on John Thomas Jackson Jr.'s Samsung Galaxy S9 that John Thomas Jackson Jr. had with

17

app user "Jason Franklyn" a/k/a "franklyn666987" and observed that "Jason

Franklyn" a/k/a "franklyn666987" received at least five videos of child pornography

from John Thomas Jackson Jr. on July 3, 2021, some of which contained

prepubescent children engaged in sexually explicit conduct.   Descriptions of some of

the child pornography received by "Jason Franklyn" a/k/a "franklyn666987" that I

observed were as follows:

DESCRIPTION: A color video with sound, approximately 14 seconds in

length, of a fully nude prepubescent minor female, based on the child's complete

absence of pubic hair and child like facial features, lying on her back with her legs

spread.   An adult male penis is continually penetrating the child's vagina throughout

the duration of the video.   Based on my training and experience, I have probable

cause to believe that this video depicts a prepubescent minor engaged in sexually

explicit conduct, that is, genital-genital intercourse, with an adult male.

DESCRIPTION:   A color video with sound, approximately 28 seconds in

length, of a minor female, based on her child like facial features and child-sized arms

and legs, positioned on a chair on her knees with her shorts down.   An adult male is

standing behind the child and continually penetrating the child's vagina throughout

the duration of the video.   A toddler crying can be heard in the background of the

video during the beginning of the video.   Based on my training and experience, I

have probable cause to believe that this video depicts a minor engaged in sexually

explicit conduct, that is, genital-genital intercourse, with an adult male.

18

32.     During my review of the private message conversation between John Thomas Jackson Jr. and app user "Jason Franklyn" a/k/a "franklyn666987," I observed several pictures of an unknown female sent by John Thomas Jackson Jr. and corresponding messages regarding a 15-year-old female with whom Jackson Jr. was communicating.   During the discussion regarding the 15-year-old female, "Jason Franklyn" a/k/a "franklyn666987," sent a message to John Thomas Jackson Jr. that read, "Ok see if she send any nudes."

33.     Also during my review of the private message conversation between John Thomas Jackson Jr. and app user "Jason Franklyn" a/k/a "franklyn666987," I observed that on June 30, 2021, "Jason Franklyn" a/k/a "franklyn666987" received one image of child pornography from John Thomas Jackson Jr. of two fully nude prepubescent minor females, based on their lack of breast development and complete absence of pubic hair, exposing their vaginas while sitting on a couch.   Based on my training and experience, I have probable cause to believe that this image depicts prepubescent minors engaged in sexually explicit conduct, that is, lascivious exhibition of their genitalia.   I also observed that on the same date, "Jason Franklyn" a/k/a "franklyn666987" received one image from John Thomas Jackson Jr. of a minor female's face, with text across the top of the image that read "THE BEST PART ABOUT FUCKING A 10 YEAR OLD" and text along the bottom of the image that read "YOU DON'T HAVE TO PULL OUT".

34.     I also observed during my review of the private messages exchanged between John Thomas Jackson Jr. and app user "Jason Franklyn" a/k/a "franklyn666987" several messages that indicated John Thomas Jackson Jr. and "Jason Franklyn" a/k/a "franklyn666987" knew each other personally and lived close to each other. Some of these messages are as follows:

a.    aminal1979:       Hey septic people coming in the a.m. to clean out the septic be on the look out no telling when in the a.m.

       franklyn666987:    Ok

b.    aminal1979:       Major headache

       aminal1979:       Can't see strait

       franklyn666987:    Oh shit I got something if you need it.

c.    aminal1979:       Can u spot me a pack of Edgefield or lucky strikes and I can pay u tomorrow

       franklyn666987:    Yea

d.    aminal1979:       Ok I know I am asking for a lot but can I get a ride tomorrow morning at 330

       franklyn666987:    Omg yea

e.    franklyn666987:    Where u at

       franklyn666987:    Gots a pokemon for you

20

aminal1979:        My room why

franklynn666987:   Come out side

35.    On July 21, 2021, Staff Operations Specialist (SOS) Grace Meyer
queried email address ltlbit_44870@yahoo.com in Accurint, a public records
database, and found that email address ltlbit_44870@yahoo.com was associated to
the Facebook profile with URL
https://www.facebook.com/profile.php?id=1055408892. SOS Meyer opened the
URL and observed a Facebook profile in the name "Dennis Jackson". The profile
indicated "Dennis Jackson" lives in Lake City, Florida.

36.    On the same date, a query of the Florida Driver and Vehicle Database
for address 693 SW Deputy J Davis Lane, Lake City, Florida 32024 revealed
DENNIS DEWAYNE JACKSON, with a date of birth 03/14/1983, as a resident of
693 SW Deputy J Davis Lane, Lake City, Florida 32024. The driver's license photo
for DENNIS DEWAYNE JACKSON was consistent with a male depicted in the
Facebook profile picture for "Dennis Jackson".

37.    On July 22, 2021, SOS Meyer queried email address
ltlbit_44870@yahoo.com in the Thompson Reuters Consolidated Lead Evaluation
and Reporting (CLEAR) Database, a public records database, and found that email
address ltlbit_44870@yahoo.com was associated to Dennis Jackson at 1307 N.
Hershey Road, Bloomington, Illinois. SOS Meyer then queried Dennis Jackson with
date of birth 03/14/1983 in CLEAR and found that one of Dennis Jackson's prior

21

addresses was 1307 N. Hershey Road, Apartment 11, in Bloomington, Illinois. According to the CLEAR record for Dennis Jackson with date of birth 03/14/1983, Dennis Jackson's most recent address is 693 SW Deputy J Davis Lane, Lake City, Florida 32024.

38.     On July 22, 2021, FBI Supervisory Special Agent CJ Goodman and I met with DENNIS DEWAYNE JACKSON for an interview in Lake City, Florida. This interview was audio recorded. During this interview, JACKSON stated, in summary and among other things, that he had been receiving and distributing child pornography for the last two years, that he had received approximately 1500 images and videos of child pornography, and that he had distributed approximately 70-80 images of child pornography. When shown the private message conversation between "aminal1979" and "franklyn666987," JACKSON stated he recalled the conversation, the account "franklyn666987" was his account, and that he had the account for approximately two years.   He also stated that the account "Terry Borden" was the account of his brother, John Thomas Jackson Jr. JACKSON further stated he recalled receiving child pornography from his brother, specifically the two videos and the image described in paragraphs 31 and 33 above. JACKSON stated he was at his workplace in Lake City, Florida, when he received the two videos and the image. JACKSON also admitted ltlbit_44870@yahoo.com was his email address. JACKSON stated he is an administrator of a private chat group on

22

the app, which is indicative of attracting users engaged in the trading of child pornography and sexual exploitation of children.

39.     During the interview, JACKSON gave the FBI verbal and written consent to search his cell phone. During my review of JACKSON's cellular phone, I did not observe child pornography. However, JACKSON told me the child pornography was all contained in his app account, which he deleted. When asked if people have sent him child pornography to his account on the app, JACKSON nodded his head and stated, "they have yes." When asked if he has sent child pornography to others, JACKSON, while nodding his head, responded, "I'm ashamed of myself to even admit it." JACKSON also stated that he knows trading child pornography is illegal, he is guilty of receiving and distributing child pornography, and he should be arrested.

40.     Based upon the foregoing facts, I have probable cause to believe that, on or about on July 3, 2021, in the Middle District of Florida, DENNIS DEWAYNE JACKSON, a/k/a "franklyn666987" did knowingly receive visual depictions using a means and facility of interstate commerce, that is, by computer via the internet, when the production of the visual depictions involved the use of minors engaging in

sexually explicit conduct, and the visual depictions were of such conduct, in

violation of 18 U.S.C. § 2252(a)(2).

DANIEL R. MOXLEY, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this _____22nd_____ day of July, 2021, at Jacksonville, Florida.

MONTE C. RICHARDSON
United States Magistrate Judge